SIDLEY AUSTIN LLP
Elizabeth W. Walker, Esq. (California Bar No. 113545)
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

GORDON SILVER
William M. Noall, Esq. (Nevada Bar No. 3549)
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

Counsel for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch, as Agent for Lenders

E-Filed On 9/14/10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>LAKE AT LAS VEGAS JOINT VENTURE, LLC, ET AL.,<br><br>Debtors and Debtors in Possession | CASE NO.: 2:10-CV-01037-JCM-RJJ<br><br>Bankruptcy Case No.: BK-S-08-17814-LBR<br>Bankruptcy Adv. No.: 09-01031-LBR |
| LID ACQUISITION, LLC,<br><br>Appellant(s)<br>v.<br><br>LAKE AT LAS VEGAS JOINT VENTURE, LLC; ET AL.,<br><br>Appellees. | **AFFIDAVIT OF ELIZABETH W. WALKER IN SUPPORT OF VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, Elizabeth W. Walker, being first duly sworn, deposes and says:

1. This Affidavit is made of my own personal knowledge, and if called as a witness I would consistently and competently testify to the factual statement contained herein.

2. This Affidavit is submitted in support of the re-submission of my *Verified Petition For Permission To Practice In This Case Only By Attorney Not Admitted To The Bar Of*

*This Court And Designation Of Local Counsel* ("Petition"). A copy is attached herein as Exhibit 1 [previously submitted as Doc. No. 16].

3. I am a partner at Sidley Austin LLP ("Sidley"). I work at Sidley's Los Angeles office located at 555 West Fifth Street, Suite 4000, Los Angeles, California 90013 ("Los Angeles Office").

4. I filed my Petition on August 18, 2010.

5. On August 30, 2010, the Petition was denied by this Court's "Order" dated August 27, 2010. [Doc. No. 21].

6. After reviewing the Court's Order and then re-reviewing the Petition, it became apparent that certain matters should be brought to the Court's attention that bear upon the appropriateness of the Petition and that support my re-submission of the Petition for the Court's consideration.

7. First, it has come to my knowledge that the January 8, 2008 application listed on page 3, section 9 of the Petition as *Capital Credit Alliance v. Nat'l. Automated*, United States District Court, District of Nevada, Case No. 07-cv-01683-KJD-LRL, should not have been included because the petitioner for that case was Guy S. Neal, a Sidley partner. Mr. Neal is not employed at the Los Angeles Office, but instead is based and works at Sidley's Washington, D.C. office. Removal of Mr. Neal's application from my Petition results in compliance with Local Rule IA 10-2(i)(1).

8. Second, three (3) of the Los Angeles Office's prior admissions to the District of Nevada were in the bankruptcy court (styled "USBC" in my Petition). LR IA 10-2(i)(1) specifically indicates that ten (10) *pro hac* admissions per year in Nevada bankruptcy courts is not excessive (as compared to five (5) admissions in any three (3) year period in the Nevada Federal District Courts).

9. Third, there are extenuating circumstances related to two (2) of the prior admissions in this District listed in my Petition, 1) *In Re: Lake at Las Vegas Joint Venture, LLC*, United States Bankruptcy Court, District of Nevada, case no. BK-S-08-17814-LBR, and 2) *First American Title Insurance Company v. Credit Suisse, Cayman Islands Branch*, United States

District Court, District of Nevada, Case No. 2:09-CV-01743-LDG (PAL). Both of these cases were connected and directly arose with respect to my representation of my client, Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch, as Agent for Lenders ("Credit Suisse"), in connection with the collection of its loan to The Lake at Las Vegas, et. al.

10. Indeed, my Petition seeks admission before this Court so I can continue to represent Credit Suisse in an appeal of a bankruptcy court order in *Lake at Las Vegas Joint Venture, LLC, et al. v. LID Acquisition, LLC*, United States Bankruptcy Court, District of Nevada, Adversary Proceeding No. 09-01031-LBR, a proceeding within the *In Re: Lake at Las Vegas Joint Venture, LLC* case pending before Judge Riegle. It would be unreasonable for Credit Suisse to be required to hire other counsel to represent Credit Suisse with respect to this bankruptcy appeal given my knowledge of the issues involved in the Lake Las Vegas bankruptcy case and the appeal in particular.

11. Based upon the facts contained herein, I respectfully request that the Court allow me be admitted to practice before this Court for the purposes of this case only.

Sworn under penalty of perjury this 8th day of September, 2010.

By: Elizabeth W. Walker

Elizabeth W. Walker
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

SUBSCRIBED and SWORN to before me this 8th day of September, 2010.

Eva A. Fitzhugh, A Notary Public
NOTARY PUBLIC

EVA A. FITZHUGH
COMM. #1810619
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires August 22, 2012

**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAKE AT LAS VEGAS JOINT VENTURE, LLC, et al.,

Plaintiff,

vs.

LID ACQUISITION, LLC,

Defendant(s).

Case # 2:10-cv-01037-JCM-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Elizabeth W. Walker, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Pasadena (city), Los Angeles County (county), California (state).

2. That Petitioner is an attorney at law and a member of the law firm of Sidley Austin LLP with offices at 555 West Fifth Street, Suite 4000 (street address), Los Angeles (city), 90013 (zip code), (213) 896-6172 (area code + telephone number). ewalker@sidley.com *(Email address)*.

3. That Petitioner has been retained personally or as a member of the law firm by Credit Suisse AG, Cayman Islands Branch [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since June 13, 1984 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | 06/13/1984 | |
| U.S. District Court, C.D. of California | 06/13/1984 | |
| U.S. District Court, E.D. of California | 06/13/1984 | |
| U.S. District Court, N.D. of California | 06/13/1984 | |
| U.S. District Court, S.D. of California | 06/13/1984 | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

n/a

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 1/08/08 | Capital Credit Alliance v. Nat'l & | USDC, District of Nevada | Granted |
| 7/21/08 | In Re LLV; 08-17814 | USBC, District of Nevada | Granted |
| 8/12/09 | In Re Northern NV Acquisitions | USBC, District of Nevada | Granted |
| 9/29/09 | In Re Stations Casinos; 09-524 | USBC, District of Nevada | Granted |
| 11/9/09 | First American Title v. CS; cv-01 | USDC, District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Elizabeth W. Walker
Petitioner's Signature

STATE OF California )
COUNTY OF Los Angeles )

Elizabeth W. Walker, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Elizabeth W. Walker
Petitioner's Signature

Subscribed and sworn to before me this 12th day of August, 2010.

Denise D. Brown
Notary public or Clerk of Court

DENISE D. BROWN
COMM. #1743213
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 31, 2011

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate William M. Noall, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, NV 89169
(702) 796-5555

(Street, City, State, Zip Code and Telephone No.)

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints William M. Noall as his/her/their Designated Resident Nevada Counsel in this case.

(Party signature) Adam Zausmer Authorized Signator

(Party signature)

(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's Signature | Bar number 3549

APPROVED:

Dated: this 24th day of September, 2010.

UNITED STATES DISTRICT JUDGE



Rev 07/06