KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 2:10-CV-01037-JCM-RJJ |
| LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*, | Bankruptcy Case No. BK-S-08-17814-LBR<br>Chapter 11 |
| Reorganized Debtors. | Adversary No. 09-01031-LBR |
| | **ORDER AFFIRMING BANKRUPTCY COURT JUDGMENT** |
| LID ACQUISITION, LLC, | Hearing: |
| Appellant, | Date: January 5, 2011<br>Time: 11:00 a.m.<br>Ctrm: 6A |
| vs. | |
| LAKE AT LAS VEGAS JOINT VENTURE, LLC; and LLV-1, LLC, | |
| Appellees. | |

128236.1

A hearing was held before the undersigned United States District Judge at the above date, time and place on the appeal of LID Acquisition, LLC from the *Judgment* of the United States Bankruptcy Court for the District of Nevada, entered on June 11, 2010 as ECF No. 135 in Adversary No. 09-01031-LBR ("Judgment").

The Court having considered the record on appeal, the parties' briefs and arguments, and good cause appearing,

IT IS HEREBY ORDERED that the Judgment is affirmed.

DATED: January 18, 2011

HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Presented by:

David M. Stern
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Attorneys for Appellees
Lake at Las Vegas Joint Venture, LLC and LLV-1, LLC

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

128236.1

2

Order Affirming
Bankruptcy Court Judgment